IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 8:13-bk-08803-CPM |
| | : | |
| ABUNDANT LIFE 122012 TRUST, | : | CHAPTER:  11 |
| | : | |
| Debtor | : | JUDGE: CATHERINE PEEK MCEWEN |
| | : | |
| | : | CONTESTED MATTER |
| _____ | : | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Comes now, Nationstar Mortgage, LLC.,  Movant, pursuant to 11 U.S.C. §§ 105 and

362(d), and files this its In Rem Motion for Relief from the Automatic Stay (the "Motion") in

order that it may initiate and conclude a dispossessory proceeding under Colorado law in Adams

County, Colorado.  In support of the Motion, Movant shows this Honorable Court as follows:

1.

This Court has jurisdiction over this matter pursuant to 11 U.S.C.§362, Rule 4001(a) of

the Federal Rules of Bankruptcy Procedure, and the various other applicable provisions of the

United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the

United States of America.

2.

Movant, Nationstar Mortgage, LLC is owner of property located at 11499 Ironton Street,

Henderson, Colorado (the Property) by virtue of a Confirmation Deed recorded April 19, 2013 in

the Adams County, Colorado Public Records. The Confirmation Deed was issued pursuant to a

Final Judgment of Foreclosure entered in favor of Movant on October 30, 2012. Pursuant to the Order, the sheriff levied on the Property, Property was sold at a public sale and Movant was the highest bidder. A Certificate of Purchase was issued on March 13, 2013 and recorded in the Adams County Official Records as Reception No. 2013000023789. Colorado has a limited redemption period available to the junior lienholder. Upon expiration of the ten day redemption period, title vested in Movant per Colorado Revised Statute §38-38-501 and on April 2, 2013 the Adams County Sheriff, Douglas Darr, issued a Confirmation Deed to Movant. Under Colorado law, the Confirmation Deed vests title in the Transferee against all parties and is guaranteed by the state of Colorado. The Confirmation Deed is recorded in the Adams County Official Records as Reception No. 201300003242. Copies of the Certificate of Sale and the Confirmation Deed are attached as Exhibit "A".

3.

At the time of the foreclosure sale, the Mortgagors, Pavel and Tamara Kayrevich (Mortgagors) occupied the property. Upon issuance of the Confirmation Deed, the Mortgagors became tenants at suffrance. The Mortgagors had previously filed a bankruptcy case in the District of Colorado No.12-11172, in an attempt to forestall foreclosure. In a further effort to thwart the progress of the foreclosure action, Mortgagors signed a Warranty Deed (the Warranty Deed) dated February 11, 2013 purportedly transferring the Property to Debtor. It is important to note that the property **was not** conveyed to the similar but separate Abundant Life Trust which filed a bankruptcy petition on March 14, 2013, Case No: 8:13-bk-03221 and is currently active before this court. The Warranty Deed was received by the Adams County clerk on May 1, 2013 and noted on the Public Records of Adams County  2013000036791 . The Warranty Deed was

recorded in an attempt to thwart an eminent Unlawful Detainer action. A copy of the Warranty

Deed is attached as Exhibit "B".

4.

As a result of the Mortgagors' refusal to vacate the property, Movant filed a Complaint

for Unlawful Detainer in the County Court for Adams County, Colorado on May 6, 2013. A

copy of the Complaint is attached as Exhibit "C".

5.

On May 15, 2013, A Suggestion of Bankruptcy, signed by Alexsandr Filipskiy was filed

in the pending Unlawful Detainer action. A copy of  the Warranty Deed and a copy of a Notice

of Bankruptcy Case Filing  were attached to the Suggestion of Bankruptcy. In addition, a lease

agreement between Mortgagors and Keeping Kids in Their Home Foundation Corp was attached.

The Notice of Bankruptcy Filing was for case No 8:13-bk-03221, filed by Abundant Life Trust.

However, Abundant Life Trust is not a party to the warranty deed and the property is not listed

on its bankruptcy schedules. The transferee under the Warranty Deed is the Debtor, Abundant

Life 122012 Trust and Debtor has listed this property as property of the estate. Debtor did not

file its petition until July 2, 2013, two months after the Suggestion of Bankruptcy was filed. The

Suggestion of Bankruptcy was signed by Alexandr Filipskiy, Co-Trustee of Abundant Life Trust

who is also a Co-Trustee of Debtor. The filing of the Suggestion of Bankruptcy was a deliberate

act of deception on the part of the Trustees of the Abundant Life Trust and Abundant Life Trust

121012. The Debtor names, Abundant Life Trust and Abundant Life 122012 Trust are similar

enough that the County Court stopped the eviction action. The Suggestion of Bankruptcy is

attached as Exhibit "D". It should be noted that despite the Warranty Deed, Debtor does not have

an interest in the property that is recognized under Colorado law. The Confirmation Deed

confirms that Movant is the title holder against any claims at the time of issuance. The subsequent recording of the Warranty Deed does not change the confirmation status.

6.

The reason for the filing of the Suggestion of Bankruptcy is clear. The Property is listed on Debtor's schedules in the instant case, the debt is listed and the lease is listed as an asset. However, the instant case was filed on July 2, 2013 which would have been too late to stop the progress of the eviction action. The controlling members of the Abundant Life Trust operated in bad faith to stop the eviction action by use of a bankruptcy notice from an unrelated case in an intentionally deceptive maneuver designed to postpone rightful eviction proceedings. Debtor's attorney has affirmed that she was unaware of the Suggestion of Bankruptcy, so it appears that Debtor may be less than frank with its own counsel.

9.

Debtor, Abundant Life Trust, its co-Trustees, Keeping Kids in Their Home, Corp. and Mortgagors operated in a concerted effort to delay, hinder and defraud the Movant's efforts to enforce its lawful rights under Colorado law and such behavior is an abuse of the bankruptcy process. In support of this assertion, Movant shows as follows:

a)      Movant filed its foreclosure action on December 12, 2011.

b)      Mortgagors filed a Chapter 7 bankruptcy in the District of Colorado on January 24, 2012, Case No. 12-11172. The junior lienholder, Aurora Mortgage, filed a Motion for Relief on February 8, 2012 which was granted on March 12, 2012.

c)      The Mortgagors then executed a Warranty Deed to Debtor,   and signed a lease with Keeping Kids in Their Home, Corp. which was recorded in an attempt to support its fraudulent Suggestion of Bankruptcy.

d)      Keeping Kids in Their Home, Corp. as Trustee for Abundant Life Trust filed a bankruptcy petition before this Court No. 8:13-bk-00433 on January 15, 2013, that was dismissed on March 7, 2013. Alexandr Filipskiy signed the petition as Co-Trustee.

e)      Immediately following the dismissal, Abundant Life Trust filed a petition before this Court No. 8:13-bk-03221. Alexandr Filipskiy signed the petition as Co-Trustee.on April 2,

f)      After the Confirmation Deed was issued on April 2, 2013, the Warranty Deed was recorded in an attempt to thwart  an eminent unlawful detainer action.

g)      When the Warranty Deed and lease agreement were failed to stop the Unlawful Detainer action, Alexandr Filipskiy filed a fraudulent suggestion of bankruptcy in an attempt to halt the progress of the unlawful detainer action.  Although he signed the Suggestion of Bankruptcy as "Co-Trustee of Abundant Life Trust" and not "Co-Trustee for Abundant Life 122012 Trust", the filing was a deliberate attempt to deceive the Adams County State Court as to the existence of the bankruptcy.

h)      On July 2, 2013, the instant case was filed. The petition was signed by Alexandr Filipskiy, as Co-Trustee for Abundant Life 122012 Trust.

Movant submits that the past pattern of bankruptcy filings, transfers of property without Movant's knowledge or consent, filings of fraudulent pleadings intended to deceive the County Court Eviction proceedings represents a pattern of behavior designed to delay, hinder and/or defraud the Movant's efforts to take possession of its property as well as being an abuse of the bankruptcy process.

10.

Due to the above mentioned events, Movant is requesting that the Court find that Movant has engaged in a pattern of behavior intended to hinder, delay or defraud the Movant's attempts to continue its proceedings in State Court and that such behavior is an abuse of the bankruptcy process. Movant requests in rem relief pursuant to 11§ USC 362 (d) (4) so that no stay will arise concerning the property in any bankruptcy case filed within two years of the ruling of the court.

8.

Movant shows that the provisions of Bankruptcy Rule 4001(a) (3) should be waived.

9.

Movant seeks an award of $800 in attorney fees for the preparation and prosecution of this Motion as well as $176 for the filing of this Motion.

WHEREFORE, Movant, requests this Court grant its Motion for Relief from the Automatic Stay so that it may proceed under Colorado law to recover possession of the real property located at 11499 Ironton Street, Henderson, Colorado 80640 and requests this Court to enter an Order pursuant to 11 § 362(d)(4) so that no stay will arise concerning the property in any bankruptcy case filed within two years of the ruling of the court.  Movant also prays that the provisions of Bankruptcy Rule 4001(a) (3) be waived, for reasonable attorney's fees, and for such other and further relief as is just and equitable.

/s/ Alice Blanco
Alice Blanco
FBN: 450359
Aldridge | Connors LLP
Attorney for NationStar Mortgage, LLC
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7498
Fax: (888) 873-6147
Email: ablanco@aclawllp.com

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2013, I served via the Court's CM/ECF system and/or via regular U.S. Mail a true and correct copy of the foregoing on:"

Debtor:

Abundant Life 122012 Trust
5077-109 Fruitville Road, #133
Sarasota, FL 34232

Debtor's Attorney:

Miriam L. Sumpter Richard
Fresh Start Law Firm, Inc,
505 East Jackson Street
Suite 303
Tampa, FL 33602

Attorney for U.S. Trustee:

Benjamin E. Lambers
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Parties listed on the Local Rule 1007-2 Parties in Interest List.

/s/ Alice Blanco_____
Alice Blanco
FBN: 450359
Aldridge|Connors LLP
Attorney for the NationsStar Mortgage, LLC
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone (404) 994-7498
Fax (888) 873-6147
E-mail: ablanco@aclawllp.com

RECEPTION#: 2013000023788,
03/20/2013 at 03:51:59 PM, 1 OF 8,
TD Pgs: 0 Doc Type:SHCTP
Karen Long, Adams County, CO

RECORDED AS RECEIVED

## SHERIFF'S CERTIFICATE OF PURCHASE

### (Sale No. 12-7747)

DATE FILED: May 6, 2013 6:58 PM
FILING ID: 203BD568

I, Douglas N. Darr, Sheriff of Adams County, Colorado, do hereby certify that by virtue of and pursuant to that certain Court Order Granting Summary Judgment and Decree of Foreclosure dated October 30, 2012 issued out of the District Court of Adams County, Colorado, in Case No. 2011cv1789 the Court declared Plaintiff Aurora Bank FSB to be the current beneficiary under a deed of trust in the original principal amount of $232,000.00 recorded September 21, 2006 at Reception No. 957210 Adams County, Colorado (the "$232K Deed of Trust"). According to said Order, Aurora Bank FSB is also equitably subrogated to the lien of a prior deed of trust in the original principal amount of $261,988.00 recorded April 25, 2005 at Reception No.433560 Adams County, Colorado (the "$261K Deed of Trust") encumbering the interests of Defendants Oleg Kayrevich, Pavel Kayrevick and Tamara Kayrevich in the subject real property. It is the lien of the $261K Deed of Trust which is being foreclosed in this Sheriff sale proceeding.

I offered for sale on the 7th day of March, 2013, at the hour of 9:00 am o'clock A.M of said day at the office of the Sheriff of Adams County, Colorado, Civil Division located at 332 North 19th Avenue, Brighton, Colorado 80601 at public auction, the property in said Order mentioned after having first duly advertised the sale of said property according to law and according to the terms and provisions of said Order, said property being situate in the County of Adams, State of Colorado, and described as follows, to wit:

Lot 16, Block 9, River Run Subdivision Filing No. 4
County of Adams, State of Colorado

Also known as: 11499 Ironton Street, Henderson, Colorado 80640 (the "Property");

and that at said sale **Aurora Bank FSB** bid the sum of Two Hundred Sixty-Five Thousand Eight Hundred Five and 62/100 Dollars ($265,805.62) for the Property, that being the highest and best bid offered, the same was struck off and sold to said bidder for said sum, $265,805.62. and that Unless a redemption is made, **Aurora Bank FSB** or an assignee of the Certificate of Purchase shall be entitled to a confirmation deed for the Property at the end of all redemption periods allowed by law to all subsequent lienors, and other persons entitled to redeem.

Given in duplicate, under my hand this 13th day of March, 2013

Sheriff of Adams County, Colorado

By: _____
Deputy

After Recording Return to:
Adams County Sheriff's Office
Civil Division
332 North 19th Avenue
Brighton, CO 80601

**EXHIBIT**

1

2 0 1 3 1 6 7 0

STATE OF COLORADO    )
                        )       ss

COUNTY OF ADAMS    )

     The foregoing instrument was acknowledged before me this _13th_ day of March, 2013, by ___Larry Medina___ as ___Deputy___ Sheriff of Adams County, Colorado.

     Witness my hand and official.

     My commission expires: _____My Commission expires Jan. 13, 2014_____

_____
Notary Public

G:\First American-8858\Kayrevich-472\sheriff's sale\certificate of purchase.docx
March 13, 2013 10:20 AM

RECEPTION#: 2013000032428,
04/19/2013 at 09:24:52 AM, 1 OF 2,
TD Pgs: 0 Doc Type:SHDD
Karen Long, Adams County, CO

## CONFIRMATION DEED

**(Sale No. 12-7747)**

**NO DOC FEE REQUIRED**

**RECORDED AS RECEIVED** DATE FILED: April 19, 2013 6:58 PM
FILING ID: 203BD568

THIS DEED is made on April __2nd__, 2013, between Douglas N. Darr as Sheriff of Adams County, Colorado, and Nationstar Mortgage LLC, Grantee, the holder of the Assignment of Certificate of Purchase, whose legal address is: 350 Highland Drive, Lewisville, TX 75067.

WHEREAS, by virtue of and pursuant to that certain Court Order Granting Summary Judgment and Decree of Foreclosure dated October 30, 2012 issued out of the District Court of Adams County, Colorado, in Case No. 2011cv1789 (the "Order"), the Court declared Plaintiff Aurora Bank FSB to be the current beneficiary under a deed of trust in the original principal amount of $232,000.00 recorded September 21, 2006 at Reception No. 957210 Adams County, Colorado (the "$232K Deed of Trust"). According to said Order, Aurora Bank FSB is also equitably subrogated to the lien of a prior deed of trust in the original principal amount of $261,988.00 recorded April 25, 2005 at Reception No.433560 Adams County, Colorado (the "$261K Deed of Trust") encumbering the interests of Defendants Oleg Kayrevich, Pavel Kayrevick and Tamara Kayrevich in the subject real property. It is the lien of the $261K Deed of Trust which was foreclosed in this Sheriff sale proceeding.

WHEREAS, by virtue of said Order, the sheriff levied upon the property hereinafter described and, after public notice had been given of the time and place of sale as required by law, said property was offered for sale and sold according to said notice, and a Certificate of Purchase and Assignment of Certificate of Purchase was made and recorded in the office of the county clerk and recorder; and

WHEREAS, all periods of redemption have expired.

NOW, THEREFORE, I, Douglas N. Darr as Sheriff of Adams County, Colorado, in consideration of the premises, confirm the sale and sell and convey to Grantee the following described property, located in the County of Adams, State of Colorado:

Lot 16, Block 9, River Run Subdivision Filing No. 4
County of Adams, State of Colorado

Also known as: 11499 Ironton Street, Henderson, Colorado 80640

Assessor's Parcel ID: 0172102304028

After Recording Return to
Adams County Sheriff's Office
Civil Division
332 North 19th Avenue
Brighton, CO  80601

**EXHIBIT**

2

C:\Documents and Settings\grossk\Local Settings\Temporary
Internet Files\Content.Outlook\XMHDH98T\confirmation deed
(3).docx
April 2, 2013 4:35 PM

20132146

RECEPTION#: 2013000036791, 03/12/2013 10:5 25 Doc

Type:WTY Karen Long, Adams County, CO



Certified to be a full, true and correct copy of the
Recorded Document consisting of ___4___ pages
in my custody.
KAREN LONG, Adams County Clerk & Recorder

By ___Erin B Brum___ Date 5/1/2013
    Erin L. Brum

---

Recording Requested By:
KEEPING KIDS IN THEIR HOME FOUNDATION CORP.

When Recorded mail this deed and
tax statement to:

X  KEEPING KIDS IN THEIR HOME FOUNDATION CORP.
as Trustee for Abundant Life 122012 Trust
5077-109 Fruitville Road, Suite #133
Sarasota, FL 34232
Parcel Number: 0172102304028

**RECORDED AS RECEIVED**

**NO DOC FEE REQUIRED**

## WARRANTY DEED

**THIS WARRANTY DEED**, Executed this 11th day of **FEBRUARY, 2013**, by Grantor, **PAVEL KAYREVICH and TAMARA KAYREVICH**, husband and wife, and **OLEG KAYREVICH**, an individual, of Adams County, State of Colorado, 11499 Ironton St, Henderson, CO 80640, (Address) to the Grantee, **KEEPING KIDS IN THEIR HOME FOUNDATION CORP.**, as Trustee for **Abundant Life 122012 Trust**, of Sarasota County, State of Florida, 5077-109 Fruitville Rd, Suite 133, Sarasota, FL 34232, (Mailing Address) as sole ownership.
(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

**WITNESSETH**, That the said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby remises, releases, bargains, grants, conveys and sells unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described real property ("Property"), and improvements and appurtenances thereto in the County of **ADAMS**, State of **COLORADO**, described as follows:

Physical Address: **11499 IRONTON STREET HENDERSON CO 80640**
Parcel Number: **0172102304028**

Legal Description:   LOT 16, BLOCK 9, RIVER RUN SUBDIVISION FILING NO. 4, COUNTY OF ADAMS, STATE
                    OF COLORADO.

**SUBJECT TO** all, if any, valid easements, rights of way, covenants, conditions, reservations and restrictions of records.

**TO HAVE AND TO HOLD** the herein described Property, together with all in singular the rights appurtenances thereto belongings unto the said Grantee, Grantee's heir, legal representatives, successors and assigns forever. Grantor does hereby bind itself and its successors and assigns to warranty and forever defend the Property described herein, unto the said Grantee, Grantee's heir, legal representatives, successors and assigns against every person whomsoever lawfully claiming the same or any part thereof, by, through or under Grantor, but not otherwise.

**And** the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the unlawful claims of all persons whomsoever.

**And** the Grantor hereby grants and conveys to the said Grantee all rights to all encumbrances/notes/contracts.
**IN WITNESS WHEREOF**, The said Grantor has executed this Warranty Deed on February 11th, 2013.

GRANTORS:

Signature: _____                    Signature: _____
Printed Name PAVEL KAYREVICH                  Printed Name: TAMARA KAYREVICH
Date: 02/11/2013                              Date: 02/11/2013

Signature: _____
Printed Name OLEG KAYREVICH
Date: 02/11/2013

**STATE OF COLORADO**
**COUNTY OF** ___Adams___

On this day personally appeared before me PAVEL KAYREVICH, TAMARA KAYREVICH, and OLEG KAYREVICH, to me known to be the individuals described in and who executed the within and foregoing instrument of 1 page, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this _11_ day of _February_ 2013.

Signature: _____
Printed Name: ___Sergey Yevdokimov___
Notary Public in and for the State of Colorado
My appointment expires: _12/03/2013_


SERGEY YEVDOKIMOV
NOTARY
(Seal)
PUBLIC
STATE OF COLORADO

Initials P.K. T.K.O.K.

Page 1 of 1

COUNTY COURT, ADAMS COUNTY, COLORADO
Court Address:1100 Judicial Center Drive, Brighton, CO
80601

**Plaintiff(s):**
NATIONSTAR MORTGAGE LLC,

**Defendant(s):**
TAMARA KAYREVICH AND PAVEL KAYREVICH
AND OLEG KAYREVICH AND ANY OR ALL
OCCUPANTS,
11499 Ironton St., Henderson, CO  80640

Attorney or Party Without Attorney:
Name:    Lisa Cancanon, #42043
Address:   1199 Bannock Street
           Denver, Colorado  80204
Phone Number:    (303) 813-1177
Fax Number:       (303) 813-1107
E-mail:    evictions@amlawco.com

DATE FILED: May 6, 2013 6:58 PM
FILING ID: 203BD568

▲ **COURT USE ONLY** ▲

Case Number:

Div.:          Ctrm:

SUMMONS IN FORCIBLE ENTRY AND UNLAWFUL DETAINER

**TO THE ABOVE-NAMED DEFENDANTS:  TAKE NOTICE THAT**

1.      On May 15, 2013 at 08:30 AM , in the Adams County Court, Colorado, the court may
be asked to enter judgment against you as set forth in the complaint.

2.      A copy of the complaint against you and an answer form which you must use if you
file an answer are attached.

3.      If you do not agree with the complaint, then you must either:

        a.      Go to the court, located at 1100 Judicial Center Drive, Brighton, CO 80601
at the above date and time and file the answer stating any legal reason you have why judgment
should not be entered against you, or

        b.      File the answer with the court before that date and time.

4.      When you file your answer, you must pay a filing fee to the Clerk of the Court.

5.      If you file an answer, you must give or mail a copy to the Plaintiff or the attorney who
signed the complaint.

6.    If you fail to file with the court, at or before the time for appearance specified in the summons, an answer to the complaint setting forth the grounds upon which you base your claim for possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff is entitled. If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the court will require you to pay into the registry of the court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises.

7.    If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

8.    If you want to file an answer or request a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the court to waive the fee.

DATED:  May 06, 2013

ARONOWITZ & MECKLENBURG, LLP

Lisa Cancanon, #42043

This summons is issued pursuant to Rule 303, Rules of County Court Civil Procedure, as amended, and § 13-40-111, C.R.S.  A copy of the complaint must be served with this summons.  This form should be used only for actions filed under Colorado's Forcible Entry and Detainer Act.

To the Clerk:  If this summons is issued by the Clerk of the Court, the signature block for the clerk, deputy and seal of the court should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

**WARNING:  ALL FEES ARE NON-REFUNDABLE, IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

| | |
|---|---|
| COUNTY COURT, ADAMS COUNTY, COLORADO<br>Court Address:1100 Judicial Center Drive, Brighton, CO 80601 | |
| **Plaintiff(s):**<br>NATIONSTAR MORTGAGE LLC | |
| **Defendant(s):**<br>TAMARA KAYREVICH AND PAVEL KAYREVICH AND OLEG KAYREVICH AND ANY OR ALL OCCUPANTS,<br>11499 Ironton St., Henderson, CO  80640 | ▲ **COURT USE ONLY** ▲<br><br>Case Number: |
| Attorney or Party Without Attorney:<br>Name:    Lisa Cancanon, #42043<br>Address:   11199 Bannock Street<br>              Denver, Colorado  80204<br>Phone Number:    (303) 813-1177<br>Fax Number:      (303) 813-1107<br>E-mail:    evictions@amlawco.com | Div.:        Ctrm: |
| **COMPLAINT (UNLAWFUL DETAINER)** | |

PLAINTIFF, Nationstar Mortgage LLC, and through its attorney, Aronowitz & Mecklenburg, LLP, states as follows:

1.    That Plaintiff is the owner, or the agent of the owner, of the premises by virtue of Adams County Public Trustee foreclosure number A201168374, in which there has been no redemption and the time to redeem as set forth in C.R.S. §38-38-302 has expired and Plaintiff has acquired legal title to the property in the county and state in which this Complaint is filed, as evidenced by the Public Trustee's Certificate of Purchase and Public Trustee's Confirmation Deed.  A copy of said Certificate of Purchase is attached hereto and incorporated herein by reference as **Exhibit 1**. A copy of said Confirmation Deed is attached hereto and incorporated herein by reference as **Exhibit 2**.  The property is legally described as:

Lot 16, Block 9, River Run Subdivision Filing No. 4
County of Adams, State of Colorado

and also known as:  11499 Ironton St., Henderson, CO  80640  (the "Premises").

2.    Defendant(s) are in possession and occupancy of said Premises.

3.    Defendant(s) possession and occupancy constitutes an unlawful detention pursuant to C.R.S.§13-40-104(1)(f) because the property has been duly sold under a power of sale, contained in a deed of trust that was executed by the Defendant(s), and title under such sale has been duly perfected as the Plaintiff was the purchaser at the sale and has demanded possession.

4.    A Demand for Possession was served upon the Defendants on April 08, 2013. A copy of said Demand for Possession is attached hereto and incorporated herein by reference as **Exhibit 3**.

5     Confirmation of non-active military service is attached hereto and incorporated herein by reference as **Exhibit 4**.

6.    That Defendants unlawfully, wrongfully and without force hold possession of the Premises contrary to the rights of Plaintiff to possession of the property.

7.    That Defendants are or will be indebted to Plaintiff in an amount as yet undetermined for rents and damages to the Premises.

WHEREFORE, Plaintiff prays for recovery of possession of said Premises, damages, costs and other relief to which Plaintiff may be entitled.

DATED:  May 06, 2013

ARONOWITZ & MECKLENBURG, LLP

Lisa Cancanon, #42043
Attorney for Plaintiff

RECEPTION#: 2013000023788,
03/20/2013 at 03:51:59 PM, 1 OF 8,
TD Pgs: 0 Doc Type:SHCTP
Karen Long, Adams County, CO

RECORDED AS RECEIVED

## SHERIFF'S CERTIFICATE OF PURCHASE

### (Sale No. 12-7747)

DATE FILED: May 6, 2013 6:58 PM
FILING ID: 203BD568

I, Douglas N. Darr, Sheriff of Adams County, Colorado, do hereby certify that by virtue of and pursuant to that certain Court Order Granting Summary Judgment and Decree of Foreclosure dated October 30, 2012 issued out of the District Court of Adams County, Colorado, in Case No. 2011cv1789 (the "Order") the Court declared Plaintiff Aurora Bank FSB to be the current beneficiary under a deed of trust in the original principal amount of $232,000.00 recorded September 21, 2006 at Reception No. 957210 Adams County, Colorado (the "$232K Deed of Trust"). According to said Order, Aurora Bank FSB is also equitably subrogated to the lien of a prior deed of trust in the original principal amount of $261,988.00 recorded April 25, 2005 at Reception No.433560 Adams County, Colorado (the "$261K Deed of Trust") encumbering the interests of Defendants Oleg Kayrevich, Pavel Kayrevick and Tamara Kayrevich in the subject real property. It is the lien of the $261K Deed of Trust which is being foreclosed in this Sheriff sale proceeding.

I offered for sale on the 7th day of March, 2013, at the hour of 9:00 am o'clock A.M of said day at the office of the Sheriff of Adams County, Colorado, Civil Division located at 332 North 19th Avenue, Brighton, Colorado 80601 at public auction, the property in said Order mentioned after having first duly advertised the sale of said property according to law and according to the terms and provisions of said Order, said property being situate in the County of Adams, State of Colorado, and described as follows, to wit:

Lot 16, Block 9, River Run Subdivision Filing No. 4
County of Adams, State of Colorado

Also known as:  11499 Ironton Street, Henderson, Colorado 80640 (the "Property");

and that at said sale **Aurora Bank FSB** bid the sum of Two Hundred Sixty-Five Thousand Eight Hundred Five and 62/100 Dollars ($265,805.62) for the Property, that being the highest and best bid offered, the same was struck off and sold to said bidder for said sum, $265,805.62. and that Unless a redemption is made, **Aurora Bank FSB** or an assignee of the Certificate of Purchase shall be entitled to a confirmation deed for the Property at the end of all redemption periods allowed by law to all subsequent lienors, and other persons entitled to redeem.

Given in duplicate,  under my hand this 13th day of March, 2013

Sheriff of Adams County, Colorado

By: _____
Deputy

G:\First American-8858\Kayrevich-472\sheriffs sale\certificate of purchase.docx
March 13, 2013 10:20 AM

After Recording Return to
Adams County Sheriff's Office
Civil Division
332 North 19th Avenue
Brighton, CO 80601

EXHIBIT

1

2 0 1 3 1 6 7 0

STATE OF COLORADO    )
                     )        ss
COUNTY OF ADAMS      )

    The foregoing instrument was acknowledged before me this 13 day of March, 2013, by   Larry Medina   as   Deputy   Sheriff of Adams County, Colorado.

    Witness my hand and official.

    My commission expires:    My Commission expires Jan. 13, 2014

                                   Notary Public

G:\First American-8858\Kayrevich-472\sheriff's sale\certificate of purchase.docx
March 13, 2013 10:20 AM

RECEPTION#: 2013000032426,
04/19/2013 at 09:24:52 AM,1 OF 2,
TD Pgs: 0 Doc Type:SHDD
Karen Long, Adams County, CO

## CONFIRMATION DEED

**NO DOC FEE REQUIRED**

### (Sale No. 12-7747)

**RECORDED AS RECEIVED**

DATE FILED: April 5, 2013 6:58 PM
FILING ID: 203BD568

THIS DEED is made on April __2nd__, 2013, between Douglas N. Darr as Sheriff of Adams County, Colorado, and Nationstar Mortgage LLC, Grantee, the holder of the Assignment of Certificate of Purchase, whose legal address is: 350 Highland Drive, Lewisville, TX 75067.

WHEREAS, by virtue of and pursuant to that certain Court Order Granting Summary Judgment and Decree of Foreclosure dated October 30, 2012 issued out of the District Court of Adams County, Colorado, in Case No. 2011cv1789 (the "Order"), the Court declared Plaintiff Aurora Bank FSB to be the current beneficiary under a deed of trust in the original principal amount of $232,000.00 recorded September 21, 2006 at Reception No. 957210 Adams County, Colorado (the "$232K Deed of Trust"). According to said Order, Aurora Bank FSB is also equitably subrogated to the lien of a prior deed of trust in the original principal amount of $261,988.00 recorded April 25, 2005 at Reception No.433560 Adams County, Colorado (the "$261K Deed of Trust") encumbering the interests of Defendants Oleg Kayrevich, Pavel Kayrevick and Tamara Kayrevich in the subject real property. It is the lien of the $261K Deed of Trust which was foreclosed in this Sheriff sale proceeding.

WHEREAS, by virtue of said Order, the sheriff levied upon the property hereinafter described and, after public notice had been given of the time and place of sale as required by law, said property was offered for sale and sold according to said notice, and a Certificate of Purchase and Assignment of Certificate of Purchase was made and recorded in the office of the county clerk and recorder; and

WHEREAS, all periods of redemption have expired.

NOW, THEREFORE, I, Douglas N. Darr as Sheriff of Adams County, Colorado, in consideration of the premises, confirm the sale and sell and convey to Grantee the following described property, located in the County of Adams, State of Colorado:

Lot 16, Block 9, River Run Subdivision Filing No. 4
County of Adams, State of Colorado

Also known as: 11499 Ironton Street, Henderson, Colorado 80640

Assessor's Parcel ID: 0172102304028

*After Recording Return to*
Adams County Sheriff's Office
Civil Division
332 North 19th Avenue
Brighton, CO 80601

**EXHIBIT**
_2_

C:\Documents and Settings\grossk\Local Settings\Temporary
Internet Files\Content.Outlook\XMHDH98T\confirmation deed
(3).docx
April 2, 2013 4:35 PM

2 0 1 3 2 1 4 6

TO HAVE AND TO HOLD the same, with all appurtenances thereunto, forever.

Executed the date and year first above written.

Sheriff of Adams County, Colorado

By: _____

STATE OF COLORADO    )
                     )    ss
COUNTY OF ADAMS      )

The foregoing instrument was acknowledged before me this 10th day of April, 2013, by Douglas N. Darr _____ as Sheriff of Adams County, Colorado.

Witness my hand and official.

My commission expires: _____ My Commission expires Jan. 13, 2014

_____
Notary Public

C:\Documents and Settings\grossk\Local Settings\Temporary Internet Files\Content.Outlook\XMHDH98T\confirmation deed (3).docx
April 2, 2013 4:35 PM

2

DEMAND FOR POSSESSION

STATE OF COLORADO

County of _____ **Adams**

}ss.

DATE FILED: May 6, 2013 6:58 PM
FILING ID: 203BD568

**To ____ Tamara Kayrevich and Pavel Kayrevich and Oleg Kayrevich, and Any and All Occupants and/or**

**Tenants _____**

Pursuant to Colo. Rev Stat. 13-40-104(1)(f), you are hereby notified the premises known as 11499 Ironton St.,

Henderson, CO  80640 , and legally described as Lot 16, Block 9, River Run Subdivision Filing No. 4

County of Adams, State of Colorado (the "Premises")  is rightfully owned by   Nationstar Mortgage LLC,

following a foreclosure and the issuance of the Public Trustee's Certificate of Purchase and/or the Public

Trustee's Confirmation Deed by the Public Trustee of **Adams**, Colorado.  **Accordingly, you are hereby**

**notified to quit said Premises and surrender possession of the same immediately**.


Unless you provide evidence to the undersigned law firm that you are a bonafide tenant pursuant to Section

702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by

Section 703 of the PTFA, you are required to quit said Premises and surrender possession to Nationstar

Mortgage LLC.   In the event you are a bonafide tenant or a subtenant    of a successor in interest to said

Nationstar Mortgage LLC, you are hereby notified to quit said Premises and surrender possession within ninety

(90) days after service of this notice.  Please complete page 2 "Change in Ownership Occupant Questionnaire"

and attach a copy of your lease and evidence of rent payments and send to our office at 1199 Bannock Street,

Denver, CO 80204, Attn: Eviction Department  **or** email to evictions@amlawco.com - no later than **five (5)**

**business** days after service of this demand. If within the applicable period as set forth above, EITHER if you

fail to surrender possession OR if you fail to provide evidence to the undersigned law firm that you are a

bonafide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA,

Nationstar Mortgage LLC will commence eviction proceedings against you to recover possession of the

Premises and for damages caused by your unlawful detention of the Premises.

EXHIBIT

3

**If you are an active member of the United States Armed Forces, you may be entitled to rights as provided in the Service Members Civil Relief Act. In such case, you or your attorney should contact this law firm immediately to determine if you fall under the protection of the PTFA.**

Dated:  April 5, 2013

Nationstar Mortgage LLC

Lisa Cancanon, #42043

Aronowitz & Mecklenburg, LLP

Attorneys at Law

(303) 813-1177

Please contact the Eviction Department at 303-813-1177, option 6, with any questions.  Thank you.

ADAMS COUNTY COURT, ADAMS COUNTY, COLORADO
Court Address:1100 Judicial Center Drive, Brighton, CO 80601

DATE FILED: May 6, 2013 6:58 PM
FILING ID: 203BD568

NATIONSTAR MORTGAGE LLC, **Plaintiff**

TAMARA KAYREVICH AND PAVEL KAYREVICH AND OLEG KAYREVICH, **Defendant(s).**

---

## AFFIDAVIT OF MILITARY SERVICE

---

STATE OF COLORADO               )
                                ) ss.
CITY AND COUNTY OF DENVER       )

      I, Laura Campbell, being first duly sworn, depose and state as follows:

1.      I am over 18 years of age and competent to testify in this matter.

2.      I am an employee of the law firm of Aronowitz & Mecklenburg, LLP.

3.      On April 25, 2013, I, Laura Campbell,  performed a search using the Department of Defense Manpower Data Center.  According to the Department of Defense Manpower Data Center, the Department of Defense Manpower Data Center does not possess any information indicating that the Defendant(s) TAMARA KAYREVICH AND PAVEL KAYREVICH AND OLEG KAYREVICH is/are currently on active duty as to any of the branches of the United States Military.

      Dated: April 25, 2013.

*Laura Campbell*

The foregoing was subscribed and sworn to before me on April 25, 2013.

      WITNESS MY HAND AND OFFICIAL SEAL.

My commission expires: 4 | 1 | 2017

*Original signature on file*

Notary Public

DIANNA RAE HASSETT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134021288
MY COMMISSION EXPIRES APRIL 1, 2017

EXHIBIT
4

Department of Defense Manpower Data Center

Results as of : Apr-25-2013 02:08:07

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>KAYREVICH</u>

First Name: <u>TAMARA</u>

Middle Name:

Active Duty Status As Of: <u>Apr-25-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the Individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: M2QA3DCAT091JE0

Department of Defense Manpower Data Center

Results as of : Apr-25-2013 02:08:55

SCRA 3.0

**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>KAYREVICH</u>

First Name: <u>PAVEL</u>

Middle Name:

Active Duty Status As Of: <u>Apr-25-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: T2VBAD8A3091780

Department of Defense Manpower Data Center

Results as of : Apr-25-2013 02:10:18

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>KAYREVICH</u>

First Name: <u>OLEG</u>

Middle Name:

Active Duty Status As Of: <u>Apr-25-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: V23C9D4AD0910B0

| | |
|---|---|
| COUNTY COURT, ADAMS COUNTY, COLORADO<br>Court Address: 1100 Judicial Center Drive Brighton, CO 80601 | DATE FILED: May 15, 2013 |
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA KAYREVICH, et al.<br>11499 Ironton St., Henderson, CO 80640<br>Defendants. | FILED IN ADAMS COUNTY<br>COMBINED COURT<br><br>MAY 1 5 2013<br><br>▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Lisa Cancanon, Esq.    Reg. No. 42043<br>ARONOWITZ & MECKLENBURG, LLP.<br>1199 Bannock Street<br>Denver, CO 80204<br>Tel: 303-813-1177<br>Fax: 303-813-1107<br>Email: evictions@amlawco.com | Case Number: 13CS7773 |
| **SUGGESTION OF BANKRUPTCY** | |

### NOTICE OF FILING SUGGESTION OF BANKRUPTCY

COMES NOW ABUNDANT LIFE TRUST, and Files this suggestion of bankruptcy. Attached is notice of the filing of bankruptcy and attached is a copy of the deed as evidence of their ownership.

1. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

2. Our Bankruptcy attorney is Miriam L. Sumpter-Richard, Esquire of Fresh Start Law Firm, P.A., 505 East Jackson Street, Tampa, Florida 33602. (813) 387-7724; (813) 387-7727. Miriam@freshstartlawfirm.com.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of Chapter 11 U.S.C § 362.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

Electronic mail/Fax to the attorney of record and regular U. S. Mail this 15th day of May, 2013.


Signature

### Service List

Attorney for Plaintiff:
Lisa Cancanon, Esq.    Reg. No. 42043
ARONOWITZ & MECKLENBURG, LLP.
1199 Bannock Street
Denver, CO 80204
Tel: 303-813-1177
Fax: 303-813-1107
Email: evictions@amlawco.com

Middle District of Florida Live Database

United States Bankruptcy Court
Middle District of Florida

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under
Chapter 11 of the United States Bankruptcy Code, entered on 03/14/2013 at
09:33 AM and filed on 03/14/2013.

**Abundant Life Trust**
5077-109 Fruitville Road, #133
Sarasota, FL 34232
Tax ID / EIN: 37-6541213

The case was filed by the debtor's attorney:

**Miriam L. Sumpter Richard**
Fresh Start Law Firm, Inc.
505 East Jackson Street, Suite 303
Tampa, FL 33602
813-387-7724

The case was assigned case number 8:13-bk-03221.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist
at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your
rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at
our *Internet* home page https://ecf.flmb.uscourts.gov or at the Clerk's Office, Sam M. Gibbons United States
Courthouse, 801 North Florida Avenue, Suite 555, Tampa, FL 33602.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

Lee Ann Bennett
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 03/14/2013 09:39:58 | | |
| PACER Login: | ts0642 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 8:13-bk-03221 |
| Billable Pages: | 1 | Cost: | 0.10 |

RECEPTION#: 2013000036791, 05/01/2013 10:5:25   Doc
Type:WTY Karen Long, Adams County, CO



Certified to be a full, true and correct copy of the
Recorded Document consisting of ___4___ pages
in my custody.
KAREN LONG, Adams County Clerk & Recorder

By _Erin B Brum_____ Date 5/1/2013
Erin L. Brum

Recording Requested By:
KEEPING KIDS IN THEIR HOME FOUNDATION CORP.

When Recorded mail this deed and
tax statement to:

X  KEEPING KIDS IN THEIR HOME FOUNDATION CORP.
as Trustee for Abundant Life 122012 Trust
5077-109 Fruitville Road, Suite #133
Sarasota, FL 34232
Parcel Number: 0172102304028

**RECORDED AS RECEIVED**

**NO DOC FEE REQUIRED**

## WARRANTY DEED

**THIS WARRANTY DEED,** Executed this 11th day of **FEBRUARY, 2013,** by Grantor, **PAVEL KAYREVICH and TAMARA KAYREVICH,** husband and wife, and **OLEG KAYREVICH,** an individual, of Adams County, State of Colorado, 11499 Ironton St, Henderson, CO 80640, (Address) to the Grantee, **KEEPING KIDS IN THEIR HOME FOUNDATION CORP.,** as Trustee for **Abundant Life 122012 Trust,** of Sarasota County, State of Florida, 5077-109 Fruitville Rd, Suite 133, Sarasota, FL 34232, (Mailing Address) as sole ownership.
(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

**WITNESSETH,** That the said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby remises, releases, bargains, grants, conveys and sells unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described real property ("Property"), and improvements and appurtenances thereto in the County of **ADAMS,** State of **COLORADO,** described as follows:

Physical Address: **11499 IRONTON STREET HENDERSON CO 80640**
Parcel Number: **0172102304028**

Legal Description: LOT 16, BLOCK 9, RIVER RUN SUBDIVISION FILING NO. 4, COUNTY OF ADAMS, STATE OF COLORADO.

**SUBJECT TO** all, if any, valid easements, rights of way, covenants, conditions, reservations and restrictions of records.

**TO HAVE AND TO HOLD** the herein described Property, together with all in singular the rights appurtenances thereto belongings unto the said Grantee, Grantee's heir, legal representatives, successors and assigns forever. Grantor does hereby bind itself and its successors and assigns to warranty and forever defend the Property described herein, unto the said Grantee, Grantee's heir, legal representatives, successors and assigns against every person whomsoever lawfully claiming the same or any part thereof, by, through or under Grantor, but not otherwise.
**And the Grantor hereby** covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; that the Grantor has good right and lawful authority to sell and convey said land; that the Grantor hereby fully warrants the title to said land and will defend the same against the unlawful claims of all persons whomsoever.
**And the Grantor hereby** grants and conveys to the said Grantee all rights to all encumbrances/notes/contracts.
**IN WITNESS WHEREOF,** The said Grantor has executed this Warranty Deed on February 11th, 2013.

GRANTORS:

Signature: _____
Printed Name PAVEL KAYREVICH
Date: 02/11/2013

Signature: _____
Printed Name OLEG KAYREVICH
Date: 02/11/2013

Signature: _____
Printed Name: TAMARA KAYREVICH
Date: 02/11/2013

STATE OF COLORADO
COUNTY OF ___Adams___

On this day personally appeared before me PAVEL KAYREVICH, TAMARA KAYREVICH, and OLEG KAYREVICH, to me known to be the individuals described in and who executed the within and foregoing instrument of 1 page, and acknowledged that they signed the same as their free and voluntary act and deed, for the uses and purposes therein mentioned.
Given under my hand and official seal this _11_ day of _February_ 2013.

Signature: _____
Printed Name: ___Sergey Yevdokimov___
Notary Public in and for the State of Colorado
My appointment expires: _12/03/2013_

*(Notary seal: SERGEY YEVDOKIMOV, NOTARY PUBLIC, STATE OF COLORADO)*

Page 1 of 1

Initials: P.K. T.K.O.K.

Acct # CO3073TPRA

# TRIAL PRESERVATION RENTAL AGREEMENT

1. Parties

The parties to this Trial Preservation Rental Agreement, hereinafter called "Agreement", are KEEPING KIDS IN THEIR HOME FOUNDATION CORP, a Florida Non-Profit Corporation, with mailing address of 5077-109 Fruitville Rd, Suite 133, Sarasota, FL 34232, hereinafter called "Landlord," and PAVEL KAYREVICH and TAMARA KAYREVICH, husband and wife, located at 11499 Ironton St, Henderson, CO 80640, hereinafter called "Tenant."

2. Property

Landlord hereby lets the following property to tenant for the term of this Agreement:

(a) the real property known as:

11499 IRONTON STREET HENDERSON CO 80640

And (b) the following furniture and appliances on said property:

Together with all the improvements thereon, all privileges, appurtenances, easements, and all fixtures presently situated in said building, including but not limited to: all heating and air conditioning equipment including window units; all electrical, plumbing and bathroom fixtures; water softeners; shades; blinds; awnings; curtains, draperies, & traverse rods; storm shutters; window & door screens; affixed mirrors; wall to wall, stair, and similar attached floor covering and carpets; garage door openers and similar operating devices; ranges, ovens; refrigerators, dishwashers, garbage disposal, trash compactors, humidifiers; washing machines; dryer; all affixed or built-in furniture and fixtures; all landscaping, trees and shrubs; all utility/storage buildings or sheds.

3. Term

This Agreement shall run FOR THE DURATION OF PENDING SETTLEMENT IN RELATION TO PROPERTY LOCATED AT: 11499 IRONTON STREET HENDERSON CO 80640.

A. Tenant will occupy and will maintain the property and will pay trial preservation fee* while property is in the duration of pending settlement. (*Trial preservation fee is made to verify the tenant's ability to pay for the property.)
B. Tenant will keep the property in updated condition while occupying the property while property is in the duration of pending settlement.

4. Rent

**$1,175.00** as trial preservation fee is due on **20**[th] of every calendar month, while property is in the duration of pending settlement. A **$50.00** late fee, together with all reasonable costs of collection, including legal fees, shall be due and payable with any trial preservation fee not received on or before the **25**[th] day of each calendar month.



5. Property Agent and Payments

Tenant shall deliver funds to Landlord located at 3530 Kraft Rd, 2nd Floor, Naples, FL 34105. Please use the following account number that has been assigned to your account on all communication and deposit/rent payments: CO3073TPRA.

6. Utilities

Tenant is responsible for the following services and/or utilities: electricity, garbage collection, trash removal, water, and cable/TV/internet. Tenant must connect all of the above services to his/her name.

In addition, it is agreed:

7. Tenant shall not rent, subrent, lease, or assign the premises without the prior written consent of the Landlord (but this consent shall not be withheld unreasonably).

8. Tenant agrees to allow Landlord or its agents to enter the dwelling upon reasonable advance notice in order to inspect the premises, to exterminate for pests, to make repairs or to show the premises to prospective tenants, purchasers, mortgagers or their agents. The Tenant will not be unreasonable in denying entry. Landlord may also enter the premises without prior consent if it appears to have been abandoned by the Tenant or in case of emergency, and as otherwise permitted by law or court order.

9. Tenant agrees to occupy the premises and shall keep the same in good condition, reasonable wear and tear excepted, and shall not make any alterations thereon without the written consent of the landlord.

10. Tenant agrees to maintain regularly the house and grounds in a clean, orderly and neat manner. Tenant shall use all appliances, fixtures and equipment in a safe manner and only for the purposes for which they are intended and shall not litter, destroy, deface, damage or remove any part of the dwelling unit, common areas or grounds. Tenant shall pay amounts due for repairs for property damage, reasonable wear and tear excepted, caused by the intentional or negligent conduct of Tenant, a member of the Tenant's household, relatives, invitees, guests or agents upon receipt of a bill from Landlord. The written bill shall include items of damage, the corrective action taken and the cost thereof.

11. Tenant agrees to maintain lawn and landscaping as follows: mown the lawn as per city codes or association requirements; trim trees, palms, shrubs; weed control.

12. Tenant agrees not to use the premises in such a manner as to disturb the peace and quiet of other neighbors in the neighborhood. Tenant further agrees not to maintain a public nuisance and not conduct business or commercial activities on the premises. Tenant agrees not to sell or distribute any legal drugs on the premises, and use, sell or distribute any illegal drugs on the premises.

13. Upon termination of this agreement, Tenant shall vacate the premises, remove all personal property belonging to him/her and leave the premises as clean as she/he found them, normal wear and tear and damage


Home
Foundation, Corp.

by unavoidable casualty excepted, and return all keys to Landlord immediately upon vacating. The Tenant agrees that any personal property left in or about the premises after the Tenant has vacated shall be considered abandoned property, and the Landlord may sell or otherwise dispose of same without liability to the Tenant.

14. In the event of any legal or equitable action, including any appeals, which may arise hereunder between or among landlord and tenant hereto, the prevailing party shall be entitled to recover reasonable attorney fees and costs. Attorney fees shall also include hourly charges for paralegals, law clerks and other staff members operating under the supervision of an attorney. Costs shall include but not be limited to fees associated with consultants, research, experts and litigation support services.

15. No changes or additions to this Agreement shall be made except by written agreement between Landlord and Tenant. This Agreement and any attachments represent the entire agreement between Landlord and Tenant, and there are no verbal understandings or other agreements/contracts of any nature with respect of said property hereof except those contained in this Agreement.

16. Landlord shall not terminate this Agreement except for serious or repeated breach of tenant's obligations hereunder.

17. **Tenant is to obtain <u>renters insurance</u> on personal belongings.**

18. **Tenant is to provide <u>copies</u> of Driver License/State Id and Social Security number for identification purposes.**

19. This Agreement shall be governed, interpreted and construed by, through and under the laws of the State of Colorado, County of Adams.

20. Finalized Exercise Options:

Tenant has **fifteen (15) days** from the day Notice from Landlord of "Exercise of Contract of Tenancy" has been sent to choose one of the following options:

A. Tenant has an option to sign new Rental Agreement with Landlord to rent property at Fair Rental Market Price.

B. Tenant has an option to sign Lease Agreement/Lease with Option to Buy Agreement (path to the homeownership program).

C. Tenant has an option to move/vacate property within thirty (30) days from day the Notice has been sent.

21. A Fax, Email or other electronic communication and copy of this document signed shall have the same legal effect as if it were the original.

22. Additional terms: N/A


Home
Foundation, Corp.

We, the undersigned, agree to this Agreement:

Signed, sealed and delivered by:

**Landlord(s):**

KEEPING KIDS IN THEIR HOME FOUNDATION CORP

Signature and Title
Date 02/11/2013

**Tenants:**

Signature _____
Print Name PAVEL KAYREVICH
Date 02/11/2013

Signature _____
Print Name TAMARA KAYREVICH
Date 02/11/2013

Home Foundation, Corp.