**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA, DIVISION**

IN RE:

**ABUNDANT LIFE 122012 TRUST,**                    Case No.: 8-13-bk-08803-CPM
                                                 **Chapter 11**

   **Debtor.**

_____/

**FIRST AND FINAL APPLICATION OF COUNSEL FOR THE DEBTOR IN
POSSESSION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTOR IN POSSESSION FOR THE
PERIOD JUNE 29, 2013 THROUGH AUGUST 29, 2013**

| | |
|---|---|
| Name of Applicant: | Miriam L. Sumpter-Richard |
| Services Provided to: | Abundant Life 122012 Trust |
| Date of Retention: | June 28, 2013 |
| Period for this Application: | June 29, 2013-August 29, 2013 |
| Amount of Compensation Sought: | $11,838.00 |
| Amount of Expense Reimbursement: | $1,362.10 |

Amount of Original Fee Retainer:  $12,000.00    Current Balance:  ($1,437.80)

Amount of Original Cost Retainer:  $2,000.00

Blended Hourly Rate this Application:    Cumulative: $236.66

$300.00 out-of-court; $350.00 in-court;

$60.00 Paralegal

This is a: First/Final Application

Disclose the following for each prior application:

| | | Requested | | | | Approved | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|---|---|---|
| Filed | Period | Fees | Hrs. | Rate | Exps. | Fees | Exps | Fees | Exps | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Total** | | | | | | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA, DIVISION

IN RE:

**ABUNDANT LIFE 122012 TRUST,**                    **Case No.: 8-13-bk-08803-CPM**
**Chapter 11**

**Debtor.**

_____/

## FIRST AND FINAL APPLICATION OF COUNSEL FOR THE DEBTOR IN POSSESSION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

COMES NOW, Miriam L. Sumpter-Richard of Fresh Start Law Firm, P.A., ("Richard" or "Applicant") respectfully request an interim award of compensation and reimbursement of expenses as counsel for the Chapter 11 Debtor-in-Possession and respectfully represents:

1.       Abundant Life 122012 Trust, (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code on July 2, 2013. The Debtor continues possession of his day to day operations as a Debtor-in-Possession.

2.       Debtor retained the undersigned counsel on June 28, 2013.

3.       Applicant received the following payments prior to the filing of the petition for fees and costs:

| Date of Payment | Payment Applied to | Amount Paid |
|---|---|---|
| July 1, 2013 | Attorney's Fees | $12,000.00 |
| July 1, 2013 | Costs | $2,000.00 |
| TOTAL | | $14,000.00 |

4.       After filing, applicant has received no other compensation to date for services rendered in this case. Applicant rendered services and incurred costs up to the date of filing, which left a credit of $6,768.00.

5.    After filing, applicant rendered services in this case, and Applicant believes that a final allowance of compensation is appropriate and necessary at this time.

6.    Attached as Exhibit A is a photocopy of Applicant's time records which set forth the services rendered by the attorney and staff on an itemized basis. The applicant billed the Debtor on August 14, 2013, which reflects the time spent on the file prior to filing of this case. The applicant billed the Debtor October 4, 2013, which reflects the time spent on the file after the filing of the petition.

7.    The normal hourly billing rates at the Applicant's firm at the time of this application are $300.00 per hour out-of-court for attorney's fees; $350.00 per hour in court for attorney's fees; $30.00 per hour for legal assistants; and $60.00 per hour for paralegals. It is contemplated that the law firm will seek compensation based upon normal and usual hourly billing rates.

8.    The following is a general description of the services rendered by applicant as counsel for Debtor-in-Possession for the period June 29, 2013 through August 29, 2013.

a.    Applicant consulted with the Debtor to the investment properties in foreclosure; reviewed all documents of immediate concern to the continuation of Debtor's day to day operations; reviewed various correspondences with creditors; preparation and attendance at hearings.

b.    As a result of the analysis of the Debtor's history and current financial situation it was determined that the filing of the petition under Chapter 11, was the only viable alternative.

c. The Applicant received and reviewed documents from the Debtor-in-Possession about information necessary for the preparation of schedules and statement of financial affairs all of which were filed on July 2, 2013.

d. Applicant spoke with Gerry Acevedo, to determine whether it would be appropriate to hire them as the accountant for the Debtor. The applicant prepared and filed the application to hire Gerry Acevedo.

e. Applicant responded to creditors who communicated with Applicant about matters related to the Chapter 11 filing of bankruptcy.

f. Applicant corresponded with counsel for the interested parties and creditors as well as the accountant on matters relating to the negotiations for budget, accounts and preferences.

9. All services provided by applicant have been legal in nature and necessary for the proper administration of the estate.

10. The total time spent by the applicant from June 29, 2013 to August 29, 2013 was 51.7 hours. The hours spent by applicant at the firm's standard hourly billing rates total a fee of $11,838.00. In addition, the applicant has incurred out of pocket expenses of $1,362.10. After applying all credits for fees and costs the Debtor paid, the Debtor is left with a credit of $799.90.

11. Applicant requests payment of $11,838.00, from the Debtor's retainer. All services rendered and expenses incurred were necessary and reasonable and were incurred pursuant to the Bankruptcy Code.

12. This is Applicant's first fee application for fees and expenses incurred.

13.     This application for fee for services rendered and expenses incurred in connection with this case address the factors set forth in 11U.S.C. §330(a)(3) and applicable case law.

14.     The specific time and labor involved are detailed and listed in Exhibit "A", which evidences 51.7 hours (33.5 hours out-of-court attorney time; 2.4 hours in court attorney time; and 15.8 hours for paralegal time) hours of actual recorded time for services rendered by Applicant during the first application period.

15.     During this application period, the professional time spent by Applicant working on this case prevented them from devoting such time to other matters. At certain times during this application period, the demands of this case precluded all other employment.

16.     The fees requested are contingent insofar as they are subject to this Courts approval prior to being paid, the success of the case, and the availability of assets to pay such fees.

17.     The employment and awarding of interim fees for counsel, as specifically authorized by Section 327(e) of the Bankruptcy Code, is standard in Chapter 11 cases. The time records on Exhibit A provide the Court and other creditors with a detailed description of the activities of counsel in this case.

18.     By this application, Applicant seeks an award of $1,362.10 in out-of-pocket expenses incurred on behalf of the estate, which includes outside photocopying costs, postage costs, and other court costs, but not "overhead" expenses. A detailed listing of all billed time and expenses is attached to this application as Exhibit B.

19.     This application has been or shall be reviewed and approved by the Debtor's prior to any hearing on this application.

20.     Applicant acknowledges that its fees and expenses are subject to disgorgement by this Court to the extent the estate becomes administratively insolvent.

21.     No agreement or understanding exists between the Applicant and any other person for the sharing of any compensation received for services rendered in or in connection with this case other than agreements or understandings related to the division of compensation among the partners and associates of the Applicant.

22.     Applicant understands and agrees that the fees and expenses requested is interim compensation and is subject to recoupment if Applicant's compensation is not approved on a final basis.

23.     If compensation is approved and allowed, Applicant requests to be paid within thirty (30) days from the entry of the order, or as agreed upon.

WHEREFORE, after due notice and a hearing if requested, Applicant requests that it be awarded reasonable interim compensation and reimbursement of expenses of $13,200.10 for services rendered from June 29, 2013 through August 29, 2013, and that the Court grant such other and further relief as is appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing First and Final Application of Counsel for the Debtor in Possession for Compensation and Reimbursement of Expenses has been furnished by electronic mail if registered, if not, by regular U.S. Mail to U.S. Trustee's Office, 501 Polk Street, Tampa, Florida 33602; Nicole Peair, Esquire, U.S. Trustee; Efrain Aponte, Esquire, (eapontellm@aol.com) Abundant Life Trust, 5077-109 Fruitville Road, #133, Sarasota, Florida 34232; and to all creditors and parties in interest listed on the attached creditors matrix this 17th day October, 2013.

_/s/ Miriam L. Sumpter-Richard_
**MIRIAM L. SUMPTER-RICHARD, ESQUIRE**
FRESH START LAW FIRM P.A.
505 East Jackson Street, Suite 303
Tampa, Florida 33602
Telephone: (813) 387-7724
Facsimile: (813) 387-7727
Florida Bar No.: 656811
Email: Miriam@freshstartlawfirm.com

Label Matrix for local noticing
113A-8
Case 8:13-bk-08803-CPM
Middle District of Florida
Tampa
Thu Oct 17 11:57:09 EDT 2013

Abundant Life 122012 Trust
5077-109 Fruitville Road, #133
Sarasota, FL 34232-2272

Bank of New York Mellon
c/o Owen Hare
6 Nashua Court
Suite D
Baltimore, MD 21221-3124

CITIMORTGAGE, INC.
c/o Stefan Beuge, Esq.
2727 West Cypress Creek Road
Fort Lauderdale, FL 33309-1721

Deutsche Bank National Trust Company, as Tru
BROCK & SCOTT, PLLC
c/o Frederic J. DiSpigna, Esq.
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309-3723

JPMorgan Chase Bank, National Association
c/o Kevin L. Hing
Shapiro Fishman & Gache LLP
4630 Woodland Corporate Blvd
Suite 100
Tampa, FL 33614-2429

Catherine Peek McEwen
Tampa

Nationstar Mortgage, LLC.
c/o Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

Regions Bank d/b/a Regions Mortgage
c/o Patti W. Halloran, Esq.
Gibbons, Neuman et al.
3321 Henderson Blvd.
Tampa, FL 33609-2921

Wells Fargo Bank, National Association
Shapiro, Fishman, & Gache', LLP
c/o Christopher Giacinto
4630 Woodland Corporate Boulevard
Suite 100
Tampa, FL 33614-2429

c/o Kevin L. Hing Wells Fargo Bank, National
Shapiro, Fishman & Gach, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614-2429

ABN Amro Mortgage Group
2600 W. Big Beaver Road
Troy, MI 48084-3318

American Benefit Mortgage
120 Columbia #660
Aliso Viejo, CA 92656-1459

American Home Mortgage
538 Broadhollow Road
Melville, NY 11747-3676

Aurora Loan Service LLC
10350 Park Meadows Drive
Lone Tree, CO 80124-6800

Aurora Loan Services LLC
2617 College Park
Scottsbluff, NE 69361-2294

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of New York Mellon
c/o Owen Hare, Esq
6 Nashua Court
Suite D
Baltimore, MD 21221-3124

Bernardino De Los Santos
Lillian De Los Santos
8994 NW 187th Street
Hialeah, FL 33018-6270

Busey Bank NA
7980 Summerlin Lakes Drive
Fort Myers, FL 33907-1830

Capitol Commerce Mortgage Co
401 Watt Avenue #3
Sacramento, CA 95864-7273

Cecil Jack
3915 Kingsbarn
Sacramento, CA 95841

Chase Bank USA NA
200 White Clay Center Drive
Newark, DE 19711-5466

Chase Home Finance LLC
343 Thornhall Street Suite 7
Edison, NJ 08837-2209

CitiMortgage
PO Box 183097
Columbus, OH 43218-3097

CitiMortgage
PO Box 6243
Sioux Falls, SD 57117-6243

Countrywide Bank FSB
1199 North Fairfax Street
Suite 500
Alexandria, VA 22314-1453

Countrywide Home Loans Inc
PO Box 515506
Los Angeles, CA 90051-6806

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee FL 32399 0648

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Department of Treasury-IRS
PO Box 1302
Charlotte, NC 28201-1302

Desert Hills Bank
2929 E Camelback Road
Suite 215
Phoenix, AZ 85016-4426

Deutsche Bank National Trust
1761 East St. Andrew Place
Santa Ana, CA 92705-4934

Deutsche Bank National Trust Company
BROCK & SCOTT, PLLC
c/o Frederic J. DiSpigna, Esq.
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309-3723

Dimitriy Stefoglo
Lyubov Stefoglo
11513 Misty Isle Lane
Riverview, FL 33579-9704

First Franklin
2150 N First Street
San Jose, CA 95131-2048

Harris Bank
111 W Monroe Street
Chicago, IL 60603-4095

Homebanc Mortgage Corp
2002 Summit Boulevard
Suite 100
Atlanta, GA 30319-1476

Igor & Svetlana Filipskiy
5065 Pasadena Avenue
Sacramento, CA 95841-4149

IndyMac
155 N Lake Avenue
Pasadena, CA 91101-1848

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Investment Group South Inc
3530 Kraft Road #203
Naples, FL 34105-5020

JPMorgan Chase Bank
c/o Shapiro, Fishman & Gache, LLP
Kevin L. Hing, Esq.
4630 Woodland Corporate Blvd., Ste. 100
Tampa, FL 33614-2429

JPMorgan Chase Bank NA
1111 Polaris Parkway
Columbus, OH 43240-2050

JPMorgan Chase Bank NA
270 Park Avenue
New York, NY 10017-2014

Jennifer B. Abreu
18541 NW 80th Avenue
Hialeah, FL 33015-2710

John & Laurie Allowat
37720 Allen Road S
Roy, WA 98580-9186

MERS
PO Box 2026
Flint, MI 48501-2026

Miriam Reyes
Mefi Vides
700 Jack Avenue S
Lehigh Acres, FL 33973-2650

Nationstar Mortgage
PO Box 650783
Dallas, TX 75265-0783

Nationstar Mortgage LLC
c/o Alice Blanco, Esq.
Aldridge/Connors LLP
3575 Piedmont Rd. N.E. Ste. 500
Atlanta, GA 30305-1636

Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX 75067-4177

Option One Mortgage
3 Ada Way
Irvine, CA 92618-2322

Paul & Janet McAllister
1133 Deardon Drive
Venice, FL 34292-3140

Paul & Janett McAllister
1133 Deardon Drive
Venice, FL 34292-3140

Peter & Valentina Stasyuk
329 S. Warwick Avenue
Westmont, IL 60559-2060

Property Choice Group Inc
3530 Kraft Road, Suite 203
Naples, FL 34105-5020

Pulte Mortgage LLC
7475 South Joliet Street
Englewood, CO 80112-3885

Recon Trust Company NA
1330 W Souther Avenue
MS TPSA-88
Tempe, AZ 85282-4545

Recon Trust Company NA
1330 W Southern Avenue
MS TPSA-88
Tempe, AZ 85282-4545

Regions Bank Mortgage
1900 Fifth Avenue North
Birmingham, AL 35203-2669

Stepan & Yelena Yasabash
20W209 99th Street
Lemont, IL 60439-8821

Stephen Marland
Barbara Marland
4419 E 37th Street
Bradenton, FL 34203-3409

Stephen Schlabach
Jennifer Schlabach
2911 Hidden River Road
Sarasota, FL 34240-8677

Third Federal Saving & Loan
7007 Broadway Avenue
Cleveland, OH 44105-1490

US Bank NA
150 Allegheny Center Mall
Pittsburgh, PA 15212-5335

Wells Fargo Bank NA
1 Home Campus
Des Moines, IA 50328-0001

Wells Fargo Bank Na
405 Southwest
Des Moines, IA 50306-5137

Wells Fargo Bank, N.A.
c/o Kevin L. Hing, Esq.
Shapiro, Fishman & Gache, LLP
4630 Woodland Corporate Blvd., Suite 100
Tampa, FL 33614-2429

William & Pinky B Menard
1149 Sleepy Hollow Court
Venice, FL 34285-6440

Susan K. Woodard +
Trustee
PO Box 7828
St. Petersburg, FL 33734-7828

Efrain Aponte +
Gerald Adams & Associates, LLC
150 North Federal Hwy, Suite 200
Fort Lauderdale, FL 33301-1172

Benjamin E. Lambers +
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602-3945

United States Trustee - TPA +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Patti W Halloran +
Gibbons, Neuman, Bello, Segall & Allen
3321 Henderson Blvd
Tampa, FL 33609-2921

Frederic J DiSpigna +
Brock & Scott P.L.L.C.
1501 N.W. 49th Street, Ste. 200
Fort Lauderdale, FL 33309-3723

Miriam L. Sumpter Richard +
Fresh Start Law Firm, Inc.
P.O. Box 2105
Seffner, FL 33583-2105

Alice A Blanco +
Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road Northeast - Suite 500
Atlanta, GA 30305-1636

Stefan Beuge +
Phelan & Hallinan PLC
2727 W Cypress Creek Road
Ft. Lauderdale, FL 33309-1721

Kevin L Hing +
Shapiro, Fishman & Gache, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614-2429

Owen Glen Hare +
Morris Hardwick Schneider LLC
9409 Philadelphia Road
Baltimore, MD 21237-4103

Christopher Giacinto +
Shapiro, Fishman & Gache, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL 33614-2429

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America NA
PO Box 26078
Greensboro, NC 27420

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Investment Group South Inc.<br>3530 Kraft Road #203<br>Naples, FL 34105-5020 | (d)Regions Bank d/b/a Regions Mortgage<br>c/o Patti W. Halloran, Esq.<br>Gibbons, Neuman et al.<br>3321 Henderson Blvd.<br>Tampa FL 33609-2921 | End of Label Matrix<br>Mailable recipients      82<br>Bypassed recipients       2<br>Total                     84 |

FRESH START LAW FIRM, P.A.
Miriam L. Sumpter Richard, Esquire
505 East Jackson Street, Suite 303
Tampa, Florida 33602
Phone: (813) 387-7724, Fax: (813) 387-7727

Abundant Life 122012 Trust

| **SUMMARY** | | |
|---|---|---|
| Previous balance: | | $0.00 |
| New charges: | | 5,232.00 |
| Payments applied to cases: | | (12,000.00) |
| **TOTAL DUE  FOR ALL CASES:  CREDIT** | | **$(6,768.00)** |

| | Payments | | |
|---|---|---|---|
| **Date** | **Description** | | **Amount** |
| 7/01/13 | Payment received. Thank You! | | $12,000.00 |
| | | Total payments: | $12,000.00 |

| CASE SUMMARY FOR Chapter 11 Bankruptcy Abundant Life 122012 Trust | Previous balance: | $0.00 |
|---|---|---|

**Payments**

| Date | Description | Amount |
|---|---|---|
| 7/01/13 | Payment received. Thank You! | $12,000.00 |
| | **Total payments:** | **$12,000.00** |

**Charges**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 6/29/13 | Searched tax collectors websites for properties titled in Abundant Life 122012 Trust. | | 7 hrs | $2,100.00 |
| | | MLSR  $300.00 /hr. | | |
| 6/30/13 | Received/reviewed intake from client. | | 3.4 hrs | 1,020.00 |
| | | MLSR  $300.00 /hr. | | |
| 7/01/13 | Telephone conference with Client regarding deeds for property. | | 0.3 hr | 90.00 |
| | | MLSR  $300.00 /hr. | | |
| 7/01/13 | Reviewed draft of BK Schedules. | | 4 hrs | 1,200.00 |
| | | MLSR  $300.00 /hr. | | |
| 7/01/13 | Input BK schedules. | | 7 hrs | 420.00 |
| | | TMG  $60.00 /hr. | | |
| 7/01/13 | Searced official records for deeds on the properties. | | 2.3 hrs | 138.00 |
| | | TMG  $60.00 /hr. | | |
| 7/01/13 | Prepared Chapter 11 Case Management Summary. | | 1.3 hrs | 78.00 |
| | | TMG  $60.00 /hr. | | |
| 7/02/13 | Reviewed draft of Chapter 11 Case Management Summary. | | 0.3 hr | 90.00 |
| | | MLSR  $300.00 /hr. | | |
| 7/02/13 | Made changes to BK Schedules. | | 1.6 hrs | 96.00 |
| | | TMG  $60.00 /hr. | | |
| | | | **Total charges:** | **$5,232.00** |



**CASE SUMMARY**

| | |
|---|---|
| Previous balance | $0.00 |
| Total charges | 5,232.00 |
| Total payments | (12,000.00) |
| **TOTAL DUE for this Case: CREDIT** | **$(6,768.00)** |

FRESH START LAW FIRM, P.A.
Miriam L. Sumpter Richard, Esquire
505 East Jackson Street, Suite 303
Tampa, Florida 33602
Phone: (813) 387-7724, Fax: (813) 387-7727

Abundant Life 122012 Trust

| **SUMMARY** | | |
|---|---|---|
| | Previous balance: | $(6,768.00) |
| | New charges: | 6,606.00 |
| | Payments applied to cases: | 0.00 |
| **TOTAL DUE  FOR ALL CASES:  CREDIT** | | **$(162.00)** |

| CASE SUMMARY FOR Chapter 11 Bankruptcy Abundant Life 122012 Trust | Previous balance: | $(6,768.00) |
|---|---|---|

**Payments**

| Date | Description | | Amount |
|---|---|---|---|
| | No new payments received for this case | | |

| | Total payments: | $0.00 |
|---|---|---|

**Charges**

| Date | Description | | Amount |
|---|---|---|---|
| 7/08/13 | Received/reviewed Order to File All State and Federal Tax Returns when due. | 0.1 hr | $30.00 |
| | MLSR   $300.00 /hr. | | |
| 7/08/13 | Received/reveiwed Notice of Commencement of Case, Section 341 Meeting (8/7/2013). | 0.1 hr | 30.00 |
| | MLSR   $300.00 /hr. | | |
| 7/11/13 | Received/reviewed Notice of Appearance and Request for Notice by Owen Hare for Bank of New York Mellon. | 0.1 hr | 30.00 |
| | MLSR   $300.00 /hr. | | |
| 7/16/13 | Prepared email to Client regarding first day motions. | 0.1 hr | 30.00 |
| | MLSR   $300.00 /hr. | | |
| 7/22/13 | Received/reviewed email from Jill Sox confirming IDI Meeting on 7/29/2013. | 0.1 hr | 30.00 |
| | MLSR   $300.00 /hr. | | |
| 7/23/13 | Prepared draft of Application to Employ Atty; Application to Employ Accountant; Motion for Authority to Pay Property Choice; and Motion to Approve Administrative Agreement. | 2.3 hrs | 138.00 |
| | TMG   $60.00 /hr. | | |
| 7/24/13 | Prepared email to Client requesting documents for IDI Meeting. | 0.1 hr | 30.00 |
| | MLSR   $300.00 /hr. | | |
| 7/25/13 | Prepared email to Client regarding IDI Meeting on 7/29/2013. | 0.1 hr | 30.00 |
| | MLSR   $300.00 /hr. | | |
| 7/26/13 | Received/reviewed email from Client with IDI documents. | 1.3 hrs | 390.00 |
| | MLSR   $300.00 /hr. | | |
| 7/27/13 | Received/reviewed email from Client with additional documents for IDI Meeting. | 0.4 hr | 120.00 |
| | MLSR   $300.00 /hr. | | |
| 7/27/13 | Reviewed file and reviewed documents for IDI Meeting. | 3.7 hrs | 1,110.00 |
| | MLSR   $300.00 /hr. | | |

| Date | Description | | Time | Amount |
|------|-------------|--|------|--------|
| 7/29/13 | Attended IDI Meeting. | | 1.5 hrs | 525.00 |
| | | MLSR  $350.00 /hr. | | |
| 7/30/13 | Conference with Client. | | 1 hr | 300.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/05/13 | Received/reviewed email from Jill Sox regarding missing items from IDI Meeting. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/06/13 | Reviewed file. | | 1.3 hrs | 390.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/06/13 | Prepared email to Atty. Andew Houchins regarding Suggestion of Bankruptcy. | | 0.4 hr | 24.00 |
| | | TMG  $60.00 /hr. | | |
| 8/07/13 | Attended 341 Meeting of Creditors. | | 0.9 hr | 315.00 |
| | | MLSR  $350.00 /hr. | | |
| 8/08/13 | Received/reviewed Notice of Appearance and Request for Notice by Alice Blanco for Nationstar Mortgage. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/13/13 | Received/reviewed Notice of Appearance and Request for Notice by Kevin Hing for JPMorgan Chase. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/13/13 | Conference with Client. | | 1.1 hrs | 330.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/13/13 | Reviewed file. | | 1.3 hrs | 390.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/14/13 | Finalized and filed Application to Employ MLSR and Affidavit in Support of Application to Employ. | | 0.4 hr | 120.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/14/13 | Prepared email to Client. | | 0.4 hr | 120.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/14/13 | Prepared email to Client requesting Hedgefund Letter. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/14/13 | Finalized and filed Motion to Approve Administrative Agreement. | | 0.2 hr | 12.00 |
| | | TMG  $60.00 /hr. | | |
| 8/14/13 | Finalized and filed Motion for Authority to Pay Property Managers Salary. | | 0.3 hr | 18.00 |
| | | TMG  $60.00 /hr. | | |
| 8/15/13 | Prepared email to Client regarding Hedgefund Letter. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/15/13 | Prepared email to Client requesting missing IDI documents. | | 0.1 hr | 6.00 |
| | | TMG  $60.00 /hr. | | |
| 8/16/13 | Prepared email to Client regarding reminder for Hedgefund letter. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 8/19/13 | Received/reviewed Objection to Debtor's Motion to Approve Administrative Agreement. | | 0.2 hr | 60.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/19/13 | Received/reviewed email from Atty. Kevin Hing. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/19/13 | Received/reviewed Notice of Appearance and Request for Notice by Frederic DiSpigna for Deutsche Bank National Trust Co. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/20/13 | Notice of Appearance and Request for Notice by Patti Halloran for Regions Bank. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/20/13 | Received/reviewed Motion to Annul Stay Nunc Pro Tunc to 7/1/2013. | | 0.6 hr | 180.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/21/13 | Reviewed file. | | 1.1 hrs | 330.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/22/13 | Received/reviewed Motion to Dismiss Case filed by US Trustee. | | 0.2 hr | 60.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/23/13 | Received/reviewed Motion for 2004 Examination and Production of Documents filed by JPMorgan Chase. | | 0.2 hr | 60.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/23/13 | Received/reviewed Notice of Preliminary Hearing on Motion to Approve Admin Agreement (9/26/2013). | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/23/13 | Received/reviewed Notice of Preliminary Hearing on Motion for Authority to Pay Property Manager (9/26/2013). | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/25/13 | Prepared email to Client regarding case. | | 0.4 hr | 120.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/26/13 | Received/reviewed Order Denying Motion for Relief from Stay by Regions. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/26/13 | Received/reviewed Amended Motion to Annul Stay Nunc Pro Tunc to 7/1/2013. | | 0.4 hr | 120.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/26/13 | Prepared email to Client. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/27/13 | Prepared email to Client regarding 2004 Examination. | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/28/13 | Received/reviewed Notice of Preliminary Hearing on Motion to Dismiss (9/17/2013). | | 0.1 hr | 30.00 |
| | | MLSR  $300.00 /hr. | | |
| 8/29/13 | Received/reviewed Order Scheduling Initial Status | | 0.1 hr | 30.00 |

Conference (8/29/2013).

| | | | MLSR | $300.00 /hr. | | |
|---|---|---|---|---|---|---|
| 8/29/13 | Received/reviewed Notice of Appearance and Request for Notice by Kevin Hing for Wells Fargo Bank. | | | | 0.1 hr | 30.00 |
| | | | MLSR | $300.00 /hr. | | |
| 8/29/13 | Received/reviewed Motion for Relief from Stay by Deutsche Bank. | | | | 0.3 hr | 90.00 |
| | | | MLSR | $300.00 /hr. | | |
| 8/29/13 | Received/Reviewed Motion for 2004 Examination and Production of Documents by Wells Fargo Bank. | | | | 0.2 hr | 60.00 |
| | | | MLSR | $300.00 /hr. | | |
| 8/29/13 | Received/reviewed Order Approving Application to Employ MLSR as Attorney. | | | | 0.1 hr | 30.00 |
| | | | MLSR | $300.00 /hr. | | |
| 8/29/13 | Reviewed file. | | | | 1.5 hrs | 450.00 |
| | | | MLSR | $300.00 /hr. | | |
| 8/29/13 | Prepared and filed Motion to Withdraw as Counsel. | | | | 0.3 hr | 18.00 |
| | | | TMG | $60.00 /hr. | | |

**Total charges:    $6,606.00**

**CASE SUMMARY**

| | |
|---|---|
| Previous balance: | $(6,768.00) |
| Total charges: | 6,606.00 |
| Total payments: | 0.00 |
| TOTAL DUE for this Case CREDIT | $(162.00) |